UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Olga VILLANUEVA

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, et al.,

Defendants.

Case No.: 26-cv-5684-AGS-AHG

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS CASE AS TO DEFENDANT VILLA (ECF 8)**

Olga Villanueva sued Costco Wholesale Corporation, Joanne Villa, and Does 1-50 for a slip and fall. Defendant Villa is a Costco employee, and she moves this Court to dismiss her from the lawsuit. The Court ordered that any opposition to that motion be filed by "October 28, 2026." (ECF 10.) No such opposition was filed by then, nor in the weeks since that deadline passed.

"A plaintiff who fails to raise an issue in response to a defendant's motion to dismiss 'has effectively abandoned [her] claim, and cannot raise it on appeal.'" *Estate of Posard v. Los Angeles Cnty. Sheriff's Dep't*, No. 24-7534, 2026 WL 371400, at *4 (9th Cir. Feb. 10, 2026). What's more, our District's Local Rules expressly provide that, "[i]f an opposing party fails to file [a timely opposition], that failure may constitute a consent to the granting of that motion or other request for ruling by the court." CivLR 7.1(f)(3)(c). Plaintiff has abandoned her claim against Villa.

Thus, Villa's unopposed motion to dismiss is **GRANTED**. Villa is dismissed from this action.

Dated: November 18, 2026

Hon. Andrew G. Schopler
United States District Judge